# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

FILED: JUNE 16, 2008
08CV3446
JUDGE GUZMAN
MAGISTRATE JUDGE COLE
YM

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES          NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES          NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL          APPOINTED COUNSEL | |