**COAN & LYONS**

ATTORNEYS AT LAW

SUITE 1000

1100 CONNECTICUT AVENUE, N.W.

WASHINGTON, D.C. 20036

TELEPHONE (202) 728-1070

TELECOPIER (202) 293-2448

CARL A. S. COAN, JR.
RAYMOND K. JAMES
CARL A. S. COAN, III
SHEILA C. SALMON

OF COUNSEL
JAMES A. LYONS, JR.

WILLIAM S. MOORHEAD (1923-1987)

June 17, 2008

Ms. Donna Carey
Office of the Clerk
United States District Court
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL 60604

      Re:    Civil Action No. 08-3446

Dear Ms. Carey:

      Yesterday, I filed the Complaint in the above-referenced action as an authorized agent of Richard Wolfe, the attorney of record. As we discussed, I actually attempted to file the Complaint twice since my first attempt was unsuccessful. However, although the first attempt was unsuccessful, due to internal error 48, the $350 filing fee was processed and charged to my credit card. Moreover, when my second attempt to file the Complaint was successful, I had to pay the filing fee again. Therefore, I paid the filing fee twice for the same Complaint.

      Please refund this overpayment by crediting the Visa card to which the filing fees were charged. For your information, I am attaching copies of the Payment Summary I received for each charge.

      Thank you for your assistance. Please let me know if you should have any questions.

Sincerely,

Carl A.S. Coan, III

CASCIII/sb
enclosure

**From:** paygovadmin@mail.doc.twai.gov
**To:** sftbll23@aol.com <sftbll23@aol.com>
**Subject:** Pay.Gov Payment Confirmation
**Date:** Mon, 16 Jun 2008 3:34 pm

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UPE60M
Agency Tracking ID: 07520000000002860276

Account Holder Name: Carl Coan III
Transaction Type: Sale
Billing Address: 13067 Autumn Willow Drive
City: Fairfax
State/Province: VA
Zip/Postal Code: 22030
Country: USA
Card Type: Visa
Card Number: ************0906
Expiration Date: Apr, 2009
Payment Amount: $350.00
Transaction Date: Jun 16, 2008 3:33:49 PM
```

**From:** paygovadmin@mail.doc.twai.gov
**To:** sftbll23@aol.com <sftbll23@aol.com>
**Subject:** Pay.Gov Payment Confirmation
**Date:** Mon, 16 Jun 2008 4:09 pm

```
THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24UPECUF
Agency Tracking ID: 07520000000002860504

Account Holder Name: Carl Coan III
Transaction Type: Sale
Billing Address: 13067 Autumn Willow Drive
City: Fairfax
State/Province: VA
Zip/Postal Code: 22030
Country: USA
Card Type: Visa
Card Number: ************0906
Expiration Date: Apr, 2009
Payment Amount: $350.00
Transaction Date: Jun 16, 2008 4:09:12 PM
```