### *United States District Court for the Northern District of Illinois*

Case Number: 08cv3446                Assigned/Issued By: j. n.

Judge Name:                          Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                    ☐ Alias Summons

☑ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets        (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on 7-29-08 as to roy bernardi
                               (Date)

_____

_____