**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Sandburg Village Apartments
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−03446
                                        Honorable Ronald A. Guzman

Illinois Housing Development Authority
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: The motion to reassign this case as related to 08 C 2480 is granted. This action is consolidated for all purposes with 08 C 2480.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.