

# United States District Court
# Northern District of Illinois

In the Matter of

SANDBURG VILLAGE APARTMENTS

v.

ILLINOIS HOUSING
DEVELOPMENT AUTHORITY

Case No. 08 C 3446

Designated Magistrate Judge
~~Jeffrey Cole~~ Cox

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ronald A. Guzman** to be related to **08 C 2480** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_Judge Virginia M. Kendall_

Dated: August 19, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Virginia M. Kendall**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_Chief Judge James F. Holderman_

Dated: 8/20/08

Finding of Relatedness (Rev. 9/99)