## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Sandburg Village Apartments

                        Plaintiff,

v.                                                Case No.: 1:08−cv−03446

                                                        Honorable Virginia M. Kendall

Illinois Housing Development Authority, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: This having been consolidated for all purposes and a consolidated amended complaint having been filed in 08 C 2480, this action is hereby terminated.Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.